**Order entered January 11, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00278-CV

### FRANK RONALD CLARK AND JACQUELINE D. MARTIN, Appellants

### V.

### ALFRED LITCHENBURG, KELLI LITCHENBURG,
### PAUL SIMON, AND LARRY LINDEN, Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00983-2016**

## ORDER

Before the Court is appellants' January 10, 2019 unopposed motion for an extension of time to file their reply briefs to the two separate briefs filed on behalf of appellees. We **GRANT** the motion and extend the time to **February 7, 2019**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE